# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| KENNETH LAMAR SHORTER | CASE NUMBER: 3:05-cr-121-J-25mcr |
| | USM NUMBER: 31046-018 |
| | Defendant's Attorney: James Burke, Esq. (pda) |

**THE DEFENDANT:**

__X__ Defendant admitted guilt to violation of Allegation number(s) 1-7 of the terms of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly Aftercare Treatment in violation of the Special Condition | February 2007 |
| Two | Failure to Report in violation of the Special Condition | February 7, 2007 |
| Three | Failure to notify ten days prior to any change in residence in violation of the Special Condition | January 27, 2007 |
| Four | Admitted Illegal Controlled Substance Use in violation of the Special Condition | February 27, 2007 |
| Five | Admitted Illegal Controlled Substance Use in violation of the Special Condition | March 6, 2007 |
| Six | Positive urinalysis for Cocaine & Marijuana in violation of the Special Condition | March 6, 2007 |
| Seven | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | March 13, 2007 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant's terms of supervised release are hereby revoked.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 16, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: November __25__, 2008

AO 245B (Rev 06/05) Sheet 2 - Imprisonment

Defendant: KENNETH LAMAR SHORTER  
Case No.: 3:05-cr-121-J-25MCR

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one (1) year and one (1) day.**

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer

X    The court makes the following recommendations to the Bureau of Prisons: Edgefield, S.C.

X    The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

    ___ at ___ a.m./p.m. on ___.
    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    before 2 p.m. on .
    ___ as notified by the United States Marshal.
    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____-

_____

_____

Defendant delivered on _____ to _____
_____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
                    Deputy Marshal